IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN LEE BRINK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:15CV226–HEH |
| C.W. HAYES, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

Plaintiff, a former Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current complaint, Plaintiff failed to identify the particular constitutional right that was violated by the Defendant's conduct. Accordingly, by Memorandum Order entered on January 5, 2016, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the January 5, 2016 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise

2

responded to the January 5, 2016 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

                                                             /s/
                                      HENRY E. HUDSON

Date: Jan. 29, 2016          UNITED STATES DISTRICT JUDGE
Richmond, Virginia